### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMIE BELOTTI and<br>BECKY BELOTTI<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>STATE FARM FIRE AND<br>CASUALTY COMPANY,<br><br>　　　　　　Defendant. | CIVIL ACTION NO. 3:22-cv-01284-MEM<br><br>(Hon. Judge Malachy E. Mannion) |

### CERTIFICATION OF SERVICE

I, Yolanda Konopacka DeSipio, the undersigned, hereby certify that on September 15, 2022, I served a copy of Defendant's Brief to the Motion to Dismiss upon Plaintiffs' counsel listed below via the Court's Electronic Filing System and E-mail.

　　Harry A. Cummins, Esquire
　　Roman Rabinovich, Esquire
　　Lee Squitieri, Esquire
　　Wilkofsky, Friedman, Karel & Cummins
　　299 Broadway, Suite 1700
　　New York, NY 10007

　　　　　　　　　　　　　　　　/s/ *Yolanda Konopacka DeSipio*

Dated: September 15, 2022