**From:** Brian Evans Brian@easternpublic.com
**Subject:** Re: 38B5178S1 - Final Building RCV Holdback
**Date:** October 6, 2022 at 11:18 AM
**To:** Jim McDonnell jim.mcdonnell.bjsp@statefarm.com
**Cc:** Mark Shumate mark.shumate.brvp@statefarm.com, Marla Reilly Marla@easternpublic.com
**Bcc:** Brian Evans brian@easternpublic.com

Good afternoon Jim,

We have an appraisal award that is above policy limits for which the building RCV holdback remains outstanding. We have previously provided to you and reattached here the insured's incurred expense to the purchase and repair of their replacement home at 409 Pittston Ave.

Purchase price of 409 Pittston ave $249,900.00. The total incurred renovation cost of 409 Pittston Ave was $120,404.00. Not including the purchase price of the home it self. The amount of loss per the appraisal award is $268,879.70 with $26,738.20 in applied depreciation.

Though this amount should have been released upon satisfaction of the appraisal award as the supporting information for that claim had already been provided, we are following up here to ensure that payment is processed to this insured asap for the outstanding replacement cost value of the building loss if it has not been already.

Please confirm receipt and advise asap. Thank you.

**\*\*Please note our new address below**



### Brian C. Evans, P.A., C.P.A.U.
CEO, Eastern Public, LLC

 697 Third Avenue, Ste 406, New York, NY 10017
 (929) 999-4674
 (929) 732-4524
 EasternPublic.com





This transmission and the information it contains, including any attachments, is intended solely for the named addressee(s). It is confidential and may contain legally privileged information. The unauthorized use, disclosure or copying of this transmission is strictly prohibited. Please notify us by telephone or return email if this has been sent to you in error.


Sales Agree...ve.pdf


Repair Transa...unt.pdf


FD 0001 Pg 0001 SOL.pdf