# The K-N-B Group, LLC
## Transactions by Account
### As of March 17, 2021

| Type | Date | Num | Adj | Name | Memo | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|---|
| **Flip Activity** | | | | | | | | | |
| **Pittston Ave** | | | | | | | | | |
| Paycheck | 05/29/2020 | DD1070 | | Craig A Noldy | Direct Deposit | | Checking - CB... | 1,548.00 | |
| General Journal | 05/29/2020 | AJE41 | * | | To Allocate P... | | -SPLIT- | 518.04 | |
| General Journal | 05/29/2020 | AJE41 | * | | To Allocate P... | | Payroll Taxes ... | 1,325.00 | |
| Paycheck | 06/12/2020 | DD1071 | | Craig A Noldy | Direct Deposit | | Checking - CB... | 1,150.25 | |
| General Journal | 06/12/2020 | AJE40 | * | | To Allocate Cr... | | Wages | 455.20 | |
| General Journal | 06/12/2020 | AJE40 | * | | To Allocate Cr... | | Wages | 1,300.00 | |
| Check | 06/12/2020 | 1808 | | Avoca Borough | Zoning Permit | | Checking - CB... | 105.00 | |
| General Journal | 06/26/2020 | AJE43 | * | | To Allocate P... | | Labor | 1,359.50 | |
| General Journal | 06/26/2020 | AJE43 | * | | To Allocate P... | | Labor | 242.14 | |
| Check | 07/03/2020 | 1815 | | Rossi Router | | | Checking - CB... | 145.00 | |
| Check | 07/03/2020 | 1817 | | Craig Noldy | | | Checking - CB... | 505.25 | |
| Paycheck | 07/10/2020 | DD1073 | | Craig A Noldy | Direct Deposit | | Checking - CB... | 860.00 | |
| Check | 07/10/2020 | 1818 | | Jamie Belotti. | Gravel | | Checking - CB... | 146.00 | |
| Check | 07/10/2020 | 1820 | | Kohanski & Co, PC | | | Checking - CB... | 544.00 | |
| Check | 07/10/2020 | 1819 | | Mountain Construction | | | Checking - CB... | 810.85 | |
| Check | 07/10/2020 | 1819 | | Mountain Construction | Equipment Re... | | Checking - CB... | 1,395.03 | |
| Check | 07/10/2020 | 1819 | | Mountain Construction | Dump Fees | | Checking - CB... | 822.79 | |
| General Journal | 07/10/2020 | AJE44 | * | | To Relass Pa... | | Labor | 875.00 | |
| General Journal | 07/10/2020 | AJE44 | * | | To Relass Pa... | | Labor | 303.00 | |
| Paycheck | 07/24/2020 | DD1074 | | Craig A Noldy | Direct Deposit | | Checking - CB... | 1,720.00 | |
| Check | 07/24/2020 | 1827 | | Lowe's Home Impro... | | | Checking - CB... | 15.06 | |
| General Journal | 07/24/2020 | AJE45 | * | | | | -SPLIT- | 1,500.00 | |
| General Journal | 07/24/2020 | AJE45 | * | | | | Labor | 291.22 | |
| Paycheck | 08/07/2020 | DD1075 | | Craig A Noldy | Direct Deposit | | Checking - CB... | 1,720.00 | |
| General Journal | 08/07/2020 | AJE46 | * | | | | -SPLIT- | 1,500.00 | |
| General Journal | 08/07/2020 | AJE46 | * | | | | Labor | 246.33 | |
| Paycheck | 08/21/2020 | DD1076 | | Craig A Noldy | Direct Deposit | | Checking - CB... | 1,720.00 | |
| Check | 08/21/2020 | 1838 | | Lowe's Home Impro... | | | Checking - CB... | 1,252.42 | |
| Check | 08/21/2020 | 1839 | | Reuther + Bowen, PC | Engineering | | Checking - CB... | 4,980.00 | |
| Check | 08/21/2020 | 1840 | | Craig Noldy | | | Checking - CB... | 613.00 | |
| General Journal | 08/21/2020 | AJE47 | * | | | | -SPLIT- | 1,500.00 | |
| General Journal | 08/21/2020 | AJE47 | * | | | | Labor | 246.33 | |
| Check | 08/28/2020 | 1842 | | Qualty Roofing Expr... | Roofing | | Checking - CB... | 3,300.00 | |
| Paycheck | 09/04/2020 | DD1077 | | Craig A Noldy | Direct Deposit | | Checking - CB... | 1,720.00 | |
| Check | 09/04/2020 | 1844 | | Mountain Construction | | | Checking - CB... | 5,428.76 | |
| Check | 09/04/2020 | 1844 | | Mountain Construction | Fuel | | Checking - CB... | 131.96 | |
| General Journal | 09/04/2020 | AJE48 | * | | | | -SPLIT- | 1,500.00 | |
| General Journal | 09/04/2020 | AJE48 | * | | | | Labor | 246.33 | |
| Check | 09/08/2020 | 1847 | | Qualty Roofing Expr... | | | Checking - CB... | 3,350.00 | |
| Paycheck | 09/18/2020 | DD1078 | | Craig A Noldy | Direct Deposit | | Checking - CB... | 1,720.00 | |
| Check | 09/18/2020 | 1851 | | Lowe's Home Impro... | | | Checking - CB... | 1,789.99 | |
| General Journal | 09/18/2020 | AJE50 | * | | To Reclass P/R | | -SPLIT- | 1,500.00 | |
| General Journal | 09/18/2020 | AJE50 | * | | To Reclass P/R | | Labor | 478.53 | |
| Check | 09/25/2020 | 1853 | | Craig Noldy | | | Checking - CB... | 1,075.00 | |
| Paycheck | 10/02/2020 | DD1080 | | Craig A Noldy | Direct Deposit | | Checking - CB... | 1,720.00 | |
| General Journal | 10/02/2020 | AJE51 | * | | | | -SPLIT- | 1,500.00 | |
| General Journal | 10/02/2020 | AJE51 | * | | | | Labor | 478.53 | |

# The K-N-B Group, LLC
## Transactions by Account
### As of March 17, 2021

| Type | Date | Num | Adj | Name | Memo | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|---|
| Paycheck | 10/16/2020 | DD1082 | | Craig A Noldy | Direct Deposit | | Checking - CB... | 1,677.00 | |
| Check | 10/16/2020 | 1859 | | Hannabery HVAC | HVAC | | Checking - CB... | 5,558.00 | |
| General Journal | 10/16/2020 | AJE52 | * | | To Reclass | | -SPLIT- | 1,500.00 | |
| General Journal | 10/16/2020 | AJE52 | * | | To Reclass | | Labor | 469.44 | |
| Check | 10/20/2020 | 1861 | | Mountain Construction | | | Checking - CB... | 10,501.59 | |
| Check | 10/23/2020 | 1862 | | Lowe's Home Impro... | | | Checking - CB... | 1,000.00 | |
| Paycheck | 10/30/2020 | DD1084 | | Craig A Noldy | Direct Deposit | | Checking - CB... | 1,720.00 | |
| General Journal | 10/30/2020 | AJE53 | * | | To Reclass 1... | | Paid Time Off | 534.00 | |
| General Journal | 10/30/2020 | AJE53 | * | | To Reclass 1... | | Paid Time Off | 172.46 | |
| Check | 10/30/2020 | 1865 | | Craig Noldy | | | Checking - CB... | 985.00 | |
| Check | 10/30/2020 | 1866 | | Lowe's Home Impro... | | | Checking - CB... | 6,000.00 | |
| Paycheck | 11/13/2020 | DD1086 | | Craig A Noldy | Direct Deposit | | Checking - CB... | 1,376.00 | |
| General Journal | 11/13/2020 | AJE56 | * | | To Reclass | | -SPLIT- | 1,500.00 | |
| Check | 11/27/2020 | 1874 | | Mountain Construction | Driveway Rel... | | Checking - CB... | 3,800.00 | |
| Paycheck | 11/27/2020 | DD1088 | | Craig A Noldy | Direct Deposit | | Checking - CB... | 1,376.00 | |
| General Journal | 11/27/2020 | AJE57 | * | | To Reclass | | -SPLIT- | 1,350.00 | |
| General Journal | 11/27/2020 | AJE57 | * | | To Reclass | | Labor | 394.30 | |
| Check | 12/07/2020 | 1875 | | Dan the Gutterman | | | Checking - CB... | 1,295.00 | |
| Paycheck | 12/11/2020 | DD1090 | | Craig A Noldy | Direct Deposit | | Checking - CB... | 1,720.00 | |
| General Journal | 12/11/2020 | AJE60 | * | | To Reclass P... | | -SPLIT- | 1,178.00 | |
| General Journal | 12/11/2020 | AJE60 | * | | To Reclass P... | | Labor | 453.90 | |
| Check | 12/18/2020 | 1880 | | Lowe's Home Impro... | | | Checking - CB... | 1,000.00 | |
| Check | 01/08/2021 | 1886 | | Mountain Construction | | | Checking - CB... | 2,000.00 | |
| Check | 01/22/2021 | 1890 | | Lowe's Home Impro... | | | Checking - CB... | 1,000.00 | |
| Check | 01/22/2021 | 1887 | | Taylor Recycling | Dump Fees | | Checking - CB... | 190.00 | |
| Check | 02/05/2021 | 1893 | | Hannabery HVAC | Final Paymen... | | Checking - CB... | 6,000.00 | |
| Check | 02/05/2021 | 1894 | | Mountain Construction | | | Checking - CB... | 3,000.00 | |
| Check | 02/19/2021 | 1900 | | Lowe's Home Impro... | | | Checking - CB... | 3,000.00 | |
| Check | 03/09/2021 | 1902 | | Mountain Construction | | | Checking - CB... | 2,000.00 | |
| **Total Pittston Ave** | | | | | | | | **120,404.20** | **0.00** |
| **Total Flip Activity** | | | | | | | | **120,404.20** | **0.00** |
| **TOTAL** | | | | | | | | **120,404.20** | **0.00** |