**From:** "Jim McDonnell" <jim.mcdonnell.bjsp@statefarm.com>
**Sent:** Thu, 24 Mar 2022 16:08:37 +0000
**To:** "FD - FIRE - File Documentation" <FD-FIRE-CL@internal.statefarm.com>
**Subject:** 38b5178s1
**Attachments:** - Summary of Loss.pdf

_____
E-mail automatically created by the free PDFCreator
www.pdfforge.org



# Summary of Loss

**Named Insured:** Belotti, Jamie and Becky  **Claim Number:** 38-B517-8S1

## Coverage A - Dwelling
**Limit of Liability: $** 250,253.00

| Description: | Repl Cost$: | Rec Dep$: | Non-Rec Dep$: | Amt Over Limit$: | Subtotal$: |
|---|---|---|---|---|---|
| Cov A per Appraisal (with ELE)+ board-up | $ 268,879.70 | $ 26,738.20 | $ 0.00 | $ 0.00 | $ 242,141.50 |
| Total(s): | $ 268,879.70 | $ 26,738.20 | $ 0.00 | $ 0.00 | $ 242,141.50 |

**Comments:**

## Coverage B - Personal Property
**Limit of Liability: $** 187,690.00

| Description: | Repl Cost$: | Rec Dep$: | Non-Rec Dep$: | Amt Over Limit$: | Subtotal$: |
|---|---|---|---|---|---|
| Pack-out and 3 month storage, per Damage Control | $ 4,696.60 | $ 0.00 | $ 0.00 | $ 0.00 | $ 4,696.60 |
| clean textiles per CRDN | $ 6,495.90 | $ 0.00 | $ 0.00 | $ 0.00 | $ 6,495.90 |
| Contents storage Jan - July (7 months' at $250) | $ 1,750.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 1,750.00 |
| storage, per Damage Control Oct and Nov | $ 1,000.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 1,000.00 |
| Storage for Dec and Jan, per Damage Control | $ 500.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 500.00 |
| Balance of XC (above items included in XC also) | $ 104,830.96 | $ 29,377.58 | $ 0.00 | $ 1,075.81 | $ 74,377.57 |
| Storage, Feb 1 - Sept, per Damage Control | $ 2,000.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 2,000.00 |
| Pack-back as per Damage Control | $ 283.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 283.16 |
| Total(s): | $ 121,556.62 | $ 29,377.58 | $ 0.00 | $ 1,075.81 | $ 91,103.23 |

**Comments:**

## Coverage C - Loss of Use
**Limit of Liability: $**

| Description: | Total: | Amt Over Limit$: | Subtotal$: |
|---|---|---|---|
| Rental home & furniture rental 10/14 - 1/31/20 | $ 13,416.06 | $ 0.00 | $ 13,416.06 |
| Hotel stay 9/28 - 10/18/19 | $ 2,940.20 | $ 0.00 | $ 2,940.20 |
| Rental Home 2/1/20 - 8/31/21 | $ 64,849.93 | $ 0.00 | $ 64,849.93 |
| Total(s): | $ 81,206.19 | $ 0.00 | $ 81,206.19 |

**Comments:**

## Payments Made

| Date: | Description: | Amount: |
|---|---|---|
| 10/3/2019 | Cov A emergency board-up, per Damage Control | $ 1,497.66 |
| 10/21/2019 | Cov C home and furniture rental, per Temp Accom, 10/14/19 - 1/31/20 | $ 13,416.06 |
| 10/21/2019 | Cov C hotel 9/28/19 - 10/18/19 | $ 2,940.20 |
| 10/17/2019 | Cov B advance on contents loss | $ 20,000.00 |

| Date | Description | Amount |
|---|---|---|
| 12/2/2019 | Cov A ACV less deductible | $ 130,852.61 |
| 12/20/2019 | Cov A restore ELE service, per Damage Control | $ 1,938.00 |
| 10/25/2019 | Cov B textile cleaning, as per CRDN | $ 6,495.90 |
| 12/10/2019 | Cov B pack-out and storage Oct. Nov. Dec. per Damage Control | $ 4,696.60 |
| 2/3/2020 | Cov B January 2020 contents storage, per Damage Control | $ 250.00 |
| 2/18/2020 | Cov C rental home 2/1/20 - 3/31/20 | $ 7,120.00 |
| 3/13/2020 | Cov C rental Home 4/1 - 4/30/2020 | $ 3,560.00 |
| 4/7/2020 | Cov C rental home 5/1/20 - 5/31/20 | $ 3,560.00 |
| 4/7/2020 | Cov B contents storage, Feb and March, per Damage Control | $ 500.00 |
| 5/1/2020 | Cov B contents storage April and May 2020 | $ 500.00 |
| 5/12/2020 | Cov C Rental home June 2020 | $ 3,560.00 |
| 6/9/2020 | Cov C rental home July 2020 | $ 3,560.00 |
| 6/18/2020 | Cov B June and July 2020 contents storage | $ 500.00 |
| 7/14/2020 | Cov C rental home 8/1/20 - 8/31/20 | $ 3,560.00 |
| 8/11/2020 | Cov C Rent for September ($150 per month increase) | $ 3,710.00 |
| 8/5/2020 | Cov B ACV XC | $ 31,162.46 |
| 8/18/2020 | Cov B contents storage Aug and Sept 2020, per Damage Control | $ 500.00 |
| 9/10/2020 | Cov C October rent | $ 3,710.00 |
| 10/13/2020 | cov c November rent | $ 3,710.00 |
| 11/11/2020 | Cov B storage Oct and Nov | $ 500.00 |
| 12/2/2020 | Cov B per XC | $ 22,887.41 |
| 12/11/2020 | Cov C rent 1/1/21 - 1/31/21 (with credit applied) | $ 3,129.93 |
| 12/21/2020 | Cov B contents storage Dec and Jan | $ 500.00 |
| 1/14/2021 | Cov C rent 2/1/21 - 2/28/21 | $ 3,710.00 |
| 1/29/2021 | Cov B XC update | $ 327.70 |
| 2/9/2021 | Cov C rent March 2021 | $ 3,710.00 |
| 2/19/2021 | Cov B storage Feb and March 2021 | $ 500.00 |
| 3/11/2021 | Cov C April 2021 Rent | $ 3,710.00 |
| 4/16/2021 | Cov C May 2021 rent | $ 3,560.00 |
| 5/19/2021 | cov C June 2021 rent | $ 3,560.00 |
| 6/17/2021 | Cov C July 2021 Rent | $ 3,710.00 |
| 6/24/2021 | Cov B contents storage April, May, June, July 2021 | $ 1,000.00 |
| 7/2/2021 | Cov A RCBS | $ 40,162.78 |
| 8/10/2021 | Cov C Rent Aug 2021 | $ 3,710.00 |
| 11/5/2021 | Cov B contents pack-back, per Damage Control | $ 283.16 |
| 8/12/2021 | Cov B contents storage per Damage Control Aug and Sept | $ 500.00 |
| 2/1/2022 | Cav A ACV per Appraisal | $ 66,690.45 |
| **Total(s):** | | **$ 413,450.92** |

**Comments / Supplements**

Subtotal: $ 414,450.92
Less Deductible: $ 1,000.00
Total Payable: $ 413,450.92
Less Total Payments Made: $ 413,450.92
Net Payment: $ 0.00

Legend

- Repl Cost = Replacement Cost
- Rec Dep = Recoverable Depreciation
- Non Rec Dep = Non-Recoverable Depreciation
- Amt Over Limits = Amount Over Limits
- Limit of Liab = Limit of Liability

Jim McDonnell (BJSP)     3/24/2022
**Signature**                    **Date**

*\* Your policy may provide for additional payments on a replacement cost basis for the Recoverable Depreciation listed above for Cov. A and Cov. B. for your Building and Personal Property. Please refer to your policy and any endorsements for specific time limits and additional settlement provisions. Please contact your claim handler if you have any questions.*