# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMIE BELOTTI and<br>BECKY BELOTTI, | : | |
| | : | |
| Plaintiffs | : | CIVIL ACTION NO. 3:22-1284 |
| v. | : | (JUDGE MANNION) |
| STATE FARM FIRE AND<br>CASUALTY COMPANY, | : | |
| | : | |
| Defendant | : | |
| | : | |

## O R D E R

Pending before the court is the defendant's motion to dismiss the plaintiffs' second amended complaint. (Doc. 27). Prior to the court ruling on the defendant's motion to dismiss, the defendant filed a motion for summary judgment. (Doc. 42). Upon review, the defendant's motion for summary judgment raises all of the same substantive arguments as in the motion to dismiss. In light of this, the defendant's motion to dismiss the plaintiffs' second amended complaint **(Doc. 27)** is **DISMISSED AS MOOT**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: August 30, 2023
22-1284-04