# EXHIBIT 3
# Declaration of Thomas Moss

# Provisionally Submitted Pending Sealing Decision