# EXHIBIT 1

# Provisionally Submitted Pending Sealing Decision