# EXHIBIT 2

# Provisionally Submitted Pending Sealing Decision