# EXHIBIT 3

# Jeffrey S. Major
## Curriculum Vitae

Jeffrey S. Major
President, CEO
Skyline Public Adjusters, LLC

Corporate Office
One World Trade Center Floor 85
New York, NY 10007
Office 800-590-7293
Fax 888-494-4894

## OCCUPATION

Public / General Adjuster Commercial Large Loss
    Complex Claims
    Fidelity Claims
    Inland Marine
    Boiler & Machinery Transportation
    Warehouse Legal Liability Rigging
    Business Interruption
    Residential
Claims Consultant
Litigation Consultant
Forensic Building Estimator Subrogation Consultant Construction Consultant / Inspector Owners Representative Sub-Contract Risk Manager Certified Appraiser
Certified Umpire
Expert Witness
Trainer / Instructor
Certified EIFS Inspector

## EDUCATION

DeVry University – Woodbridge, NJ
Control Data Institute – Philadelphia, PA – 1988 Multiple continued education courses

**PUBLIC MEMBER**

Supreme Court of New Jersey District IV Ethics Committee

**EMPLOYMENT HISTORY**

Skyline Public Adjusters, LLC July 2016 - Present
Major Property Consulting President CEO 2011 – June 2016 (merged into Skyline)
Property & Casualty Solutions, Inc. CEO 2011 – June 2016 (merged into Skyline)
Reliance Contracting & Renovating, Inc. Consultant /Estimator 2010 – Present
Canopy Claims Management, LLC December 2012 – June 10, 2016
The Major Group, Inc. President 1998 – 2012
Professional Adjusters, Inc. 1990 – 1998 (acquired company)
Sub Contract Consultant / Estimator: 1990 – Present
Builder / General Contractor 1983 – 1992

**PROFESSIONAL EXPERIENCE**

Estimated, Consulted and Adjusted over 1000 Residential Insurance Claims, plus over 600 Commercial Insurance Claims totaling over $750,000,000. Estimated, Consulted and Adjusted Insurance claims in Hurricanes:

| | |
|---|---|
| Andrew 1992 | Matthew 2016 |
| Ivan 2004 | Harvey 2016 |
| Jean 2004 | Irma 2017 |
| Charles 2004 | Maria 2017 |
| Wilma 2004 | Florence 2018 |
| Katrina 2005 | Laura 2020 |
| Rita 2006 | Delta 2020 |
| Ike 2008 | Ida 2021 |
| Irene 2011 | Ian 2022 |
| Sandy 2012 | |

Inspected and Consulted on new and reconstruction projects including:
- Single Family Residences
- Multi Family Residences
- Senior Housing Facilities
- Historic Buildings

**PROFESSIONAL EXPERIENCE** *(continued)*
    Public Housing Communities
    Low, Mid, and High Rise mixed-use buildings
    Malls and Strip Centers
    Parking Facilities
    Manufacturing Plants
    Warehousing Facilities
    Restaurants and Bars
    Small Businesses
    Schools
    Religious Institutions

Appraised, Consulted, Opined and testified as an Expert; Expert / Expert Witness
    Damages
        Building
        Personal Property
        Business Personal Property
    Business Interruption
    Extra Expense
    Warehouse Legal Liability
    Law & Ordinance
    Claims Practices
    Construction Practices Construction Deficiencies Fidelity Losses
    Insurance Claims Practices
    Coverage & Policy Language
    Insurable Interests
    Actual Cash Value
    Depreciation
    Salvage
    Broad Evidence Rule Subrogation
    Boiler & Machinery / Equipment

Sub Contract Consultant / Estimator
    National Public Adjusters
    Plaintiff Law Firms
    Defense Law Firms (Subrogation)
    Insurance Companies (Subrogation)
    Local & Regional Contractors
    National Insurance Agencies & Brokerages
    Non Profit Organizations
    Homes of Distinction

## PROFESSIONAL EXPERIENCE *(continued)*
    Real Estate Developers
    Municipalities

## CONSTRUCTION MANAGEMENT PROJECTS

Complete rebuild of 10,300sf Fire Damaged Strip Center
Major renovations to 6,000sf Fire damaged Medical Facility
Restoration and renovation to a damaged circa 1800 Bank Barn
Damage Restoration to a Developmental Hospital / Campus
Exterior Doors & Windows replacement Schedules on beachfront home in FL
Major mechanical repairs and replacement to a 40,000sf residence

## PROFESSIONAL QUALIFICATIONS *(updated yearly)*

National Producer Number 7822418
National Flood Insurance Program (NFIP) Authorization # 70004947(*expired*)
Arizona Public Adjuster License # 1155354
California Public Adjuster License # 2L09678
Colorado Public Adjuster License # 517589
Connecticut Public Adjuster License # 2532609
Delaware Public Adjuster License # 3000015452
District of Columbia Public Adjuster License # 3096297
Florida Public Adjuster License # E138561
Georgia Public Adjuster License # 2906180
Hawaii Public Adjuster License # 445096
Idaho Public Adjuster License # 5822955
Illinois Public Adjuster License #7822418
Indiana Public Adjuster License # 3181109
Iowa Public Adjuster License # 7822418
Kansas Public Adjuster License # 7822418
Kentucky Public Adjuster License DOI ID # 809294
Louisiana Public Adjuster License # 701715
Maine Public Adjuster License # ADN271505
Maryland Public Adjuster License #21122668
Michigan For the Insured Adjuster License # 7822418
Minnesota Public Adjuster License # 40500368
Mississippi Public Adjuster License # 10445782
Montana Public Adjuster License # 100157291
Nebraska Public Adjuster License # 7822418

## PROFESSIONAL QUALIFICATIONS (updated yearly) *(continued)*

Nevada Public Adjuster License # 879052
New Hampshire Public Adjuster License # 2361928
New Jersey Public Adjuster License # 9469031
New York Public Adjuster License # PA 1282226
North Carolina Public Adjusters License # 7822418
North Dakota Insurance Consultant License # 7822418
Ohio Public Adjuster License # 1120074
Oklahoma Public Adjuster License # 0100160209
Oregon Public Adjuster License # 7822418
Puerto Rico Public Adjuster Certification # 3000293656
Rhode Island Public Adjuster License # 2338290
South Carolina Public Adjuster License # 681852
Tennessee Public Adjuster License # 2354846
Texas Public Adjuster # 1846056
Utah Public Adjuster License # 445355
Vermont Public Adjuster License # 879323
Virgin Islands Public Adjuster License # 3000070347
Virginia Public Adjusters License # 871268
Washington Public Adjuster License # 929323
West Virginia Independent Adjuster License # 7822418
Wyoming Licensed Insurance Consultant # 320311
Association of the Wall and Ceiling Industry EIFS Inspector Cert. # 1187916

## CONTINUED EDUCATION INSTRUCTOR AND SPEAKING ENGAGEMENTS

April 8, 2013 - C.E. Presenter:
    Association of Certified Fraud Examiners, New York Chapter No.14.

May 22, 2014 – Trainer:
    Storm Sandy Mediation Training, Presented by the US District Court for the Eastern District of New York.

July 13, 2015 – Presenter / Trainer:
    Legal Services NYC, NYLAG, Brooklyn Legal Services - Getting it Right, Re-opening Sandy Claims.

February 29, 2016 – Narrator / Presenter:
    Sandy Claims Review Conference

**CONTINUED EDUCATION INSTRUCTOR AND SPEAKING ENGAGEMENTS** *(continued)*

September 7, 2016 – Presenter
    Rising Water Solutions Community Leadership Program

October 18, 2016 – C.E. Presenter / Instructor
    First Party Claims Conference – New Approaches and Lessons Learned From Hurricane Sandy Claims
    Continued Education Credits applicable for the following states:

| | | |
|---|---|---|
| California | Minnesota | Oklahoma |
| Colorado | Montana | Pennsylvania |
| Florida | New Hampshire | Tennessee |
| Georgia | New Jersey | Texas |
| Iowa | New York | Utah |
| Maine | North Carolina | Virginia |
| | | Wyoming |

October 20, 2016 – Presenter
    Disaster Preparation Summit - Dallas, Texas
    Disaster Planning & Insurance Industry Trends

October 21, 2016 – Presenter
    Restoration Summit – Dallas, Texas
    When to Hire a Public Adjuster, Go to Appraisal or Go Legal

November 18, 2016 – C.E. Presenter / Instructor
    Xactimate Master Class – Eatontown, New Jersey
    Building Damage Estimating, Xactimate Exposed

April 2, 2017 – C.E. Presenter / Instructor
    Master Xactimate Class – Astoria, New York
    Building Damage Estimating, Price Lists, Scope and Xactimate Exposed
    Continued Education Credits:

| | |
|---|---|
| New York | 8 Credits |
| New Jersey | 8 Credits |
| Pennsylvania | 7 Credits |

January 18, 2018 – Trainer
    Building Damage Estimating Class – Cherry Hill, NJ
    8 and 8 Formatting and Compliance, Estimate Flow

**CONTINUED EDUCATION INSTRUCTOR AND SPEAKING ENGAGEMENTS** *(continued)*

October 17, 2018 C.E. Presenter / Instructor
   Investigating the Cause of Loss and Applying Coverage (Concurrent and Anti-Concurrent Causation)
   Continued Education Credits applicable for the following states:

   | | | |
   |---|---|---|
   | California | Minnesota | Pennsylvania |
   | Colorado | Montana | Tennessee |
   | Florida | New Hampshire | Texas |
   | Georgia | New Jersey | Utah |
   | Iowa | New York | Virginia |
   | Maine | North Carolina | Wyoming |
   | Maryland | Oklahoma | |

November 13, 2018 C.E. Presenter / Instructor
   Effective use of Xactimate and other tools to establish the amount of loss in an Insurance Appraisal
   Continued Education Credits applicable for the following states:
      New York
      New Jersey

March 27, 2019 C.E. Presenter / Instructor
   Xactimate – What It Is and What It Isn't. An In Depth Look into Scope, Cost and Formatting

October 14, 2019 C.E. Presenter / Instructor
   Adjusting and Estimating with Xactimate – Estimating Standards, Unit Pricing, Line Item Accuracy and Estimator Credibility
   Continued Education Credits applicable for the following states:

   | | | |
   |---|---|---|
   | California | Massachusetts | North Carolina |
   | Colorado | Minnesota | Oklahoma |
   | Florida | Montana | Pennsylvania |
   | Georgia | Nebraska | Tennessee |
   | Illinois | New Hampshire | Texas |
   | Iowa | New Jersey | Utah |
   | Maryland | New York | Virginia |
   | | | Wyoming |

**CONTINUED EDUCATION INSTRUCTOR AND SPEAKING ENGAGEMENTS** *(continued)*

January 28, 2020 - Panel Presenter – Windstorm Insurance Conference
    The Property Insurance Adjuster's Workflow & Processes: Best Practices of Claim Handling

October 19, 2020 - C.E. Presenter / Instructor
    Xactimate for Adjusters & Estimators – Standard, Intention, Coverages, Estimating & Fraud
    Continued Education Credits applicable for the following states:

| | | |
|---|---|---|
| California | Minnesota | Oregon |
| Colorado | Nebraska | Pennsylvania |
| Florida | New Hampshire | Tennessee |
| Georgia | New Jersey | Texas |
| Illinois | New York | Utah |
| Iowa | North Carolina | Virginia |
| Maryland | Oklahoma | Wyoming |
| Massachusetts | | |

October 20, 2020 - C.E. Presenter / Instructor
    Continued Education Credits applicable for the following states:

| | | |
|---|---|---|
| California | Minnesota | Oregon |
| Colorado | Nebraska | Pennsylvania |
| Florida | New Hampshire | Tennessee |
| Georgia | New Jersey | Texas |
| Illinois | New York | Utah |
| Iowa | North Carolina | Virginia |
| Maryland | Oklahoma | Wyoming |
| Massachusetts | | |

October 11, 2021 - C.E. Presenter / Instructor
    Accurate Estimating Using Multiple Estimating Platforms. Explore Divisions, Lump Sum & Line Estimating, Formatting and Ways & Means
    Continued Education Credits applicable in multiple states

November 9, 2022 - C.E. Presenter/Instructor
    Water Loss Claims – Investigating, Estimating and Adjusting water loss claims using today's technology and estimating platforms
    Continued Education Credits applicable in multiple states