UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMIE BELOTTI, et al., | |
| Plaintiffs, | CIVIL ACTION NO. 3:22-CV-1284 |
| v. | (SAPORITO, J.) |
| STATE FARM FIRE AND CASUALTY COMPANY, | |
| Defendant. | |

ORDER

AND NOW, this 25th day of March, 2025, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The defendant's motion for summary judgment (Doc. 42) is **GRANTED**.

2. The plaintiffs' motion to certify a class and subclass concerning the claims filed in its complaint (Doc. 54) and the defendant's motion to exclude testimony from the plaintiffs' proposed witness (Doc. 71) are **DENIED** as moot.

3. The Clerk shall enter judgment in favor of the defendant.

4. The Clerk shall mark this case **CLOSED**.

Dated: March 25, 2025    <u>*s/Joseph F. Saporito, Jr.*</u>
JOSEPH F. SAPORITO, JR.
United States District Judge