IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Jamie Belotti, et al.,** : | |
| : | |
| Plaintiff(s), : | |
| : | CIVIL ACTION NO.  3:22-CV-1284 |
| v. : | |
| : | |
| **State Farm Fire and Casualty Company** : | (JUDGE SAPORITO) |
| : | |
| : | |
| Defendant(s). : | |

### CLERK'S TAXATION OF COSTS

May 1, 2025

    The Defendant, State Farm Fire and Casualty Company, filed a bill of costs in the amount of $17,973.53 for fees of the clerk, fees for service of summons and subpoena, fees for printed or electronically recorded transcripts necessarily obtained for use in the case and fees and disbursements for printing. The fee of the clerk in the amount of $402.00 for the filing fee is allowed as taxable.  The fee of $50.00 for an attorney special admission is considered to be an expense of and convenience to counsel, who elect not to be generally admitted to the bar of this Court, and therefore is not taxable.  The fee of $4.00 for a document from the County of Luzerne is denied as there is insufficient documentation and explanation provided for this fee. The fees for service of summons and subpoena in the amount of $1,670.00 are denied, as these are only taxable when service is made by the U.S. Marshal.  The fees in the amount of $9,025.25 for deposition transcripts are allowed.  The fees in the amount of $5,365.33 for Realtime & Rough Services, Priority Requests, Expedited Delivery, Logistics, Processing & Electronic Files, Virtual Services, and unidentified Expenses are not allowed as taxable. The

fees in the amount of $900.00 for a videotaped deposition are not taxable without prior court approval, for which no documentation of such approval was provided.  The fees in the amount of $556.95 for copies are denied as there was an insufficient explanation provided that the fees for copies were necessarily incurred by the defendant for use in the case and were not incurred solely for discovery purposes, as well as the amount of copies on the invoice being beyond the amount of those used for exhibits and the clerk may not ascertain the difference.

Therefore, costs are taxed for the Defendant, State Farm Fire and Casualty Company, and against the Plaintiffs, Jamie Belotti and Becky Belotti, in the amount $9,427.25 and included in the judgment.

Any party may appeal this decision to the court within seven (7) days of taxation.  Written specifications of the items objected to and the grounds of objections must be filed and served within seven (7) days pursuant to Federal Rule of Civil Procedure 54(d)(1).

Peter J. Welsh, Clerk of Court

/s/ Holly Snell
By:  Deputy Clerk